IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE S. LOUIE,

       Plaintiff,                      No. CIV S-11-1640 KJM GGH PS

     vs.

DESTINATION MATERNITY
dba MOTHERHOOD MATERNITY,

       Defendant.               <u>ORDER</u>
_____/

        On June 26, 2011, plaintiff filed a notice of substitution of counsel. Both parties now appearing by counsel, the referral to the magistrate judge is withdrawn. However, the magistrate judge shall continue to perform all duties described in Local Rule 302(c)(1)-(20).

        IT IS SO ORDERED.

DATED: June 30, 2011

                                   /s/ Gregory G. Hollows

                                   GREGORY G. HOLLOWS
                                   UNITED STATES MAGISTRATE JUDGE

ggh:076
Louie1640.dj.wpd

1